# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| JULIE ANN MCNAIR | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3-14 0958 |
| MBK, INC. d/b/a Checkcare Systems of Nashville | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MBK, Inc. d/b/a Checkcare Systems of Nashville
c/o/ Registered Agent:
Mike Stalnaker
240 Glenis Drive
Murfreesboro, TN 37129-5158

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kerry E. Knox          Stephen W. Grace
117 S. Academy St.     1019 16th Avenue So.
Murfreesboro, TN 37130 Nashville, TN 37130
(615) 896-1000         (615) 255-5225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
CLERK OF COURT

Date: APR 1 1 2014

*Signature of Clerk or Deputy Clerk*