IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JULIE ANN McNAIR, | ) | |
| Plaintiff, | ) | No. 3:14-cv-00958 |
| v. | ) | Judge Sharp |
| MBK, INC. d/b/a Checkcare Systems of Nashville, and MIKE STALNAKER, | ) | Magistrate Judge Knowles |
| Defendants | ) | Jury Demand |

## STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties herein have reached an agreement with respect to this case and stipulate to the dismissal of the action with prejudice. It therefore appears to the Court, as evidenced by signature below of counsel for the parties, that this action has been resolved, with no finding or admission of liability, and that the action between the parties should be dismissed with prejudice. Accordingly, for good cause shown, it is

**ORDERED** that this action is **DISMISSED** with prejudice.

Defendant will pay court costs.

**IT IS SO ORDERED.**

*/s/ Kevin H. Sharp*
_____
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED FOR ENTRY:

Cope, Hudson, Reed & McCreary, PLLC


By:/s/ Josh A. McCreary
    Josh A. McCreary, BPR#19498
    Nicholas C. Christiansen, BPR#30103
    16 Public Square North
    P.O. Box 884
    Murfreesboro, TN  37133
    (615) 893-5522
    jmccreary@mborolaw.com
    nchristiansen@mborolaw.com


By: */s/ Kerry E. Knox* w/permission Josh A. McCreary
    Kerry E. Knox, BPR #23302
    Attorney for Plaintiff
    117 South Academy St.
    Murfreesboro, TN 37130
    (615) 896-1000


By: */s/ Stephen W. Grace* w/permission Josh A. McCreary
    Stephen W. Grace, BPR #14867
    Attorney for Plaintiff
    1019 16th Ave. South
    Nashville, TN  37212
    (615) 255-5225

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system:

Kerry E. Knox
117 S. Academy St.
Murfreesboro, TN 37130

Stephen W. Grace
1019 16th Avenue South
Nashville, TN 37212

on this 10th day of November, 2014.

/s/ Josh A. McCreary
Josh A. McCreary